```
       IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

**ELAINA WOODS**                                                    PLAINTIFF

        v.            Civil No. 07-2065

**GREGORY NAPIER; JOHNNY
BOLINGER; LOU DOE; and
DR. DOUGLAS CARLSON**                                               DEFENDANTS

### O R D E R

Now on this 19th day of March, 2008, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #8), and plaintiff's **Objections** thereto (document #10), and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*. Plaintiff's objections will be overruled because they do not address the basis of the recommendation that plaintiff's claims against Dr. Douglas Carlson be dismissed because he did not act under color of state law and cannot be held liable in a **§1983** action such as this.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that plaintiff's **Objections** thereto are **overruled**.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims against separate defendant Dr. Douglas Carlson are

**dismissed.**

**IT IS FURTHER ORDERED** that this matter is **remanded** to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED.**

                                       /s/ Jimm Larry Hendren
                                      **JIMM LARRY HENDREN**
                                      **UNITED STATES DISTRICT JUDGE**