IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ELAINA WOODS                                                                        PLAINTIFF

v.                    Civil No. 07-2065

AMANDA SOWA;
DEPUTY R. COVEY; and
DEPUTY WALKER                                                                       DEFENDANTS

## **O R D E R**

On March 27, 2009, the plaintiff filed a motion for relief (Doc. 56).  She indicates she has just recently learned the identity and location of her former cell-mate and asks for adequate time to go through proper channels to make contact with her and receive a statement from her.

By notice dated March 23, 2009 (Doc. 51) this case was scheduled for an evidentiary hearing on July 28, 2009.  This should give the plaintiff ample time to make contact with her witness.  Additionally, plaintiff may ask the court to issue a writ or subpoena for the former cell-mate if she desires to call her as a witness at the evidentiary hearing.  The motion (Doc. 56) is denied.

IT IS SO ORDERED this 13th day of April 2009.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)